IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES WILLIAM BROWN,<br>    # 13407-021,<br>        Petitioner,<br><br>vs.<br><br>WARDEN UNDERWOOD, FCI SEAGOVILLE,<br>        Respondent. | )<br>)<br>)<br>)   No. 3:19-CV-2140-M (BH)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241*, received on September 10, 2019 (doc. 3), will be **DENIED** with prejudice.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SIGNED this 7th day of July, 2022.**

BARBARA M. G. LYNN
CHIEF JUDGE